UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Christina R. Skiles          Docket No. 5:15-MJ-1430-1

**Petition for Action on Probation**

COMES NOW Debbie W. Starling, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Christina R. Skiles, who, upon an earlier plea of guilty to Driving While Impaired (Level 5), in violation of 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on November 4, 2015, to a 12-month term of probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant reported to the probation office on November 9, 2015, and advised the probation officer that she was cited for Driving While License Revoked on November 8, 2015, by military officials at Fort Bragg. She stated that her husband took their minor child to the emergency room and she drove to work. She lives in Linden Oaks (military housing) and her employer (Food Lion) is located directly across the street from the gate and less than one mile from her residence. She expressed remorse for her actions and advised she now has a bicycle and will be riding her bike to work. The defendant was verbally admonished for driving after being ordered by the court not to drive. Based upon these factors, it is respectfully recommended as a punitive sanction, that 24 additional hours of community service be imposed. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall perform an additional 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Debbie W. Starling |
| Robert K. Britt | Debbie W. Starling |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street, Fayetteville, NC |
| | Phone: 910-483-8613 |
| | Executed On: November 19, 2015 |

**ORDER OF THE COURT**

Considered and ordered this __19th__ day of __November__, 2015 and ordered filed and made a part of the records in the above case.

/s/ Kimberly A. Swank
Kimberly A. Swank
U.S. Magistrate Judge