UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Christina R. Skiles                                Docket No. 5:15-MJ-1430-1

### Petition for Action on Probation

COMES NOW Debbie W. Starling, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Christina R. Skiles, who, upon an earlier plea of guilty to Driving While Impaired (Level 5), in violation of 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on November 4, 2015, to a 12-month term of probation under the conditions adopted by the court. On November 19, 2015, the defendant's conditions of probation were modified to include an additional 24 hours of community service for driving while her license was suspended.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant reported to the probation officer that she was charged on November 29, 2015, with Driving While License Revoked by Military Police at the Access Control Point at Linden Oaks. As a punitive sanction, it is recommended that her conditions be modified to include three days in jail. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Debbie W. Starling |
| Robert K. Britt | Debbie W. Starling |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street, Fayetteville, NC |
| | Phone: 910-483-8613 |
| | Executed On: January 4, 2016 |

### ORDER OF THE COURT

Considered and ordered this 4th day of January, 2016 and ordered filed and made a part of the records in the above case.

_____
Kimberly A. Swank
U.S. Magistrate Judge